IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BENJAMIN L. FANNETTE,** | § § § | |
| PLAINTIFF | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-02700 |
| **COLLEGE STATION HOSPITAL, LP,** | § § | |
| **DOING BUSINES AS COLLEGE STATION** | § | JURY TRIAL DEMANDED |
| **MEDICAL CENTER** | § § § | |
| DEFENDANT | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Benjamin L. Fannette, plaintiff in the above captioned and entitled cause and pursuant to the Federal Rules of Civil Procedure would file the following Certificate of Interested Parties and would show the following as interested parties:

1. Benjamin L. Fannette, plaintiff, by and through his attorneys of record, Rockne Onstad, The Onstad Law Firm, 119 Ranch Road, 620 South, Austin, Texas, 78734 and Jennifer L. House, co-counsel for plaintiff, Bingham, Mann House & Gibson, 1415 Louisiana, #3300, Houston, Texas, 77002.

2. Defendant, College Station Hospital, LP d/b/a College Station Medical Center., by and through its attorneys of record, John S. Serpe, Serpe Jones Andrews Callender & Bell P.C., Three Allen Center, 333 Clay Street, Suite 3485, Houston, Texas 77002.

THE ONSTAD LAW FIRM

By: _____
ROCKNE W. ONSTAD
Attorney in Charge
State Bar No. 15291000
Southern District Federal ID No. 7074
119 Ranch Road 620 South
Austin, Texas  78734
Telephone (512) 263-7600
Facsimile (512) 263-7800

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of August, 2010, a true and correct copy of the foregoing instrument was served, as follows:

<u>Via Certified Mail Return Receipt Requested</u>

John S. Serpe
Serpe Jones Andrews Callender & Bell P.C.
Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
713-452-4499 facsimile
**ATTORNEY FOR DEFENDANT
COLLEGE STATION MEDICAL HOSPITAL LP
DOING BUSINESS AS COLLEGE STATION MEDICAL CENTER**

_____
ROCKNE W. ONSTAD

2